# Owner's Certification of Compliance with HUD's Tenant Eligibility and Rent Procedures

**U.S. Department of Housing and Urban Development**
Office of Housing
Federal Housing Commissioner

COPY - NOT for submission to the Federal Government / Landlord's Official Record of Certification

OMB Approval Number 2502-0204

## Section A. Acknowledgements

Read this before you complete and sign this form HUD-50059

**Public Reporting Burden.** The reporting burden for this collection of information is estimated to average 55 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information including suggestions for reducing this burden, to the Office of Management and Budget, Paperwork Reduction Project (2502-0204), Washington, DC 20503. The information is being collected by HUD to determine an applicant's eligibility, the recommended unit size, and the amount the tenant(s) must pay toward rent and utilities. HUD uses this information to assist in managing certain HUD properties, to protect the Government's financial interest, and to verify the accuracy of the information furnished. HUD or a Public Housing Authority (PHA) may conduct a computer match to verify the information you provide. This information may be released in accordance with HUD's Computer Matching Agreement (CMA) between the Social Security Administration and the Department of Health and Human Services. You must provide all of the information requested, including the Social Security Numbers (SSNs), unless exempted by 24 CFR 5.216, you, and all other household members, have and use. Giving the SSNs of all household members, unless exempted by 24 CFR 5.216, is mandatory; not providing the SSNs will affect your eligibility approval. Failure to provide any information may result in a delay or rejection of your eligibility approval.

**Privacy Act Statement.** The Department of Housing and Urban Development (HUD) is authorized to collect this information by the U.S. Housing Act of 1937, as amended (42 U.S.C. 1437 et. seq.); the Housing and Urban-Rural Recovery Act of 1983 (P.L. 98-181); the Housing and Community Development Technical Amendments of 1984 (P.L. 98-479); and by the Housing and Community Development Act of 1987 (42 U.S.C. 3543).

**Tenant(s)' Certification** - I/We certify that the information in Sections C, D, and E of this form are true and complete to the best of my/our knowledge and belief. I/We understand that I/we can be fined up to $10,000, or imprisoned up to five years, or lose the subsidy HUD pays and have my/our rent increased, if I/we furnish false or incomplete information.

**Owner's Certification** - I certify that this Tenant's eligibility, rent and assistance payments have been computed in accordance with HUD's regulations and administrative procedures and that all required verifications were obtained.

**Warning to Owners and Tenants.** By signing this form, you are indicating that you have read the above Privacy Act Statement and are agreeing with the applicable Certification.

**False Claim Statement.** Warning: U.S. Code, Title 31, Section 3729, False Claims, provides a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages for any person who knowingly presents, or causes to be presented, a false or fraudulent claim, or who knowingly makes, or caused to be used, a false record or statement; or conspires to defraud the Government by getting a false or fraudulent claim allowed or paid.

### Certification Summary from Page 2

| Name of Project | Effective Date | Certification Type | Anticipated Voucher Date |
|---|---|---|---|
| BRISTOL COURTS | 10/01/2024 | IR - Interim | November 2024 |

| Head of Household | Total Tenant Payment | Assistance Payment | Tenant Rent |
|---|---|---|---|
| JESSICA GARBADE | $0 | $992 | $0 |

| Unit Number | Extenuating Circumstances Code |
|---|---|
| 04 6523 | |

### Tenant Signatures

| Head of Household | Date | Other Adult | Date |
|---|---|---|---|
| Spouse / Co-Head | Date | Other Adult | Date |
| Other Adult | Date | Other Adult | Date |
| Other Adult | Date | Other Adult | Date |
| Other Adult | Date | Other Adult | Date |
| Other Adult | Date | Other Adult | Date |
| Other Adult | Date | Other Adult | Date |

### Owner/Agent Signature

Owner/Agent: [signature]  Date: 9-23-24

Previous versions of this form are obsolete.
This form also replaces HUD-50059-D, -E, -F, & -G.
(Printed by FHA Software - Rel. 2024.03.31) 09/23/2024 9:12 am

Page 1 of 2

form HUD-50059 (09/2014)
HB 4350.3 Rev 1

Case 24-25919-kmp    Doc 29    Filed 11/21/24    Page 1 of 11

CDPU
CENTRALIZED DOCUMENT PROCESSING UNIT
PO BOX 5234
JANESVILLE WI 53547 5234

Mailing Date: 10/24/2024

000085

JESSICA GARBADE
PO BOX 444
SUSSEX WI 53089 0444



**State of Wisconsin**

Case #: 2109866527

**Moraine Lakes Consortium**
Toll Free Number: 1-888-446-1239
Fax Number: 1-855-293-1822
You can use the fax number above to send proof or to report changes

 The State of Wisconsin is an equal opportunity service provider. This letter contains information that affects your benefits. If you need this material in a different format because of a disability or if you need this letter translated or explained in your own language, please call 1-888-446-1239. These services are free.

## About Your Benefits

This letter tells you about your benefits. If you have a question, call the agency above. If you would like to get letters like this online instead of by regular mail, see **Resources and Contact Information** at the end of this letter.

| Program | Status | Details |
|---|---|---|
| ✓ Health Care | Your renewal was completed. | → See Your Health Care Benefits to learn more. |
| ✓ FoodShare | There are no changes to this benefit. | Your benefits are continuing. |

ⓘ See **Reporting Rules** for changes you must report to your agency based on the benefits you get.

If you do not agree with this decision, you have the right to a Fair Hearing. See the last page of this letter, go to doa.wi.gov/RequestAHearing, or contact your agency to learn more.

Case: 2109866527    Date: 10/24/2024    Page 1 of 7

Case 24-25919-kmp    Doc 29    Filed 11/21/24    Page 2 of 11

# Your Health Care Benefits

## Who is enrolled in health care benefits

| When | Who | Plan | Monthly Premium |
|---|---|---|---|
| As of December 1, 2024 | ISABELLA, JESSICA | BadgerCare Plus | No |

**ISABELLA, JESSICA:** You will get the health care benefits shown above until there is a change in your case.

If you need a new ForwardHealth card, call 800-362-3002.

## Copay limit information

A copay is a set amount of money that you pay at the time you get a medical service, like for a doctor's visit or prescription. A copay is paid to the clinic, hospital, or pharmacy.

| When | Who | Monthly Copay Limit | Reason for Copay Increase |
|---|---|---|---|
| As of December 1, 2024 | ISABELLA | No Copay | |
| As of December 1, 2024 | JESSICA | No Copay | |

**ISABELLA, JESSICA:** Your monthly copay limit is set for you based on your income and household size. It is limited by federal law. Your monthly copay limit will stay the same unless you have a change in eligibility or report a change that affects your limit, such as a change in income or the number of people in your home. If your copay limit has gone up, the reason for this is shown next to the amount. For more information, see the Enrollment and Benefits Handbook.

Supporting Laws: 42 CFR 447.56

 **More Information**

### BadgerCare Plus

BadgerCare Plus is a full benefit health care plan. It pays for most services you get from Medicaid health care providers. It will also pay for prescription drugs. You may have a small copay for some services and prescription drugs. Federal law limits the amount you can be asked to pay each month for copays. **Copay limit information** shows the maximum amount

**GLACIER HILLS**

GLACIER HILLS CU
2150 S MAIN ST
WEST BEND WI 53095

**RETURN SERVICE REQUESTED**

**MEMBER'S STATEMENT OF ACCOUNT**

Phone: 262-338-1888
CU Talk: 800-448-3948
Email: info@glacierhills.com
www.glacierhills.com

**MEMBER NUMBER**
XXX6 480

**STATEMENT PERIOD**
04/01/2024 - 04/30/2024

>02659 7247561 001 092029 55107
JESSICA R GARBADE
PO BOX 444
SUSSEX WI 53089-0444

53089

Federal law requires us to tell you how we collect, share and protect your personal information. Our privacy policy has not changed and you may review our policy at Glacierhills.com. To request via mail call 262-338-1888.

## ACCOUNT SUMMARY - Balances as of 04/30/2024

Deposit Accounts
| | |
|---|---|
| Savings | 5.00 |
| Secondary Savings | 0.01 |
| Glacier One Checking | 29.95 |

## SAVINGS

### Account Activity

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 04/01 | PREVIOUS BALANCE | | 5.00 |
| 04/30 | NEW SHARE BALANCE | | 5.00 |

## SECONDARY SAVINGS

### Account Activity

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 04/01 | PREVIOUS BALANCE | | 0.01 |
| 04/30 | NEW SHARE BALANCE | | 0.01 |

## GLACIER ONE CHECKING

### Account Activity

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 04/01 | PREVIOUS BALANCE | | 256.92 |
| 04/07 | DEBIT CARD WITHDRAWAL BURGER KING #119 5814 IL CHICAGO     BURGER KING #11967 US | -11.84 | 245.08 |
| 04/07 | DEBIT CARD WITHDRAWAL MCDONALD'S F1773 5814 WI SUSSEX     MCDONALD'S F17732 US | -4.82 | 240.26 |
| 04/07 | DEBIT CARD WITHDRAWAL BURGER KING #266 5814 WI MENOMONEE FAL   BURGER KING #26616 US | -16.19 | 224.07 |
| 04/08 | DEBIT CARD WITHDRAWAL MCDONALD'S F1773 5814 WI SUSSEX     MCDONALD'S F17732 US | -9.44 | 214.63 |
| 04/08 | DEBIT CARD WITHDRAWAL BURGER KING #266 5814 WI MENOMONEE FAL   BURGER KING #26616 US | -17.18 | 197.45 |
| 04/08 | DEBIT CARD WITHDRAWAL TARGET T-0863 5310 | -52.19 | 145.26 |

02659 7247561 003360 006018 00001/00003 e55107

**GLACIER HILLS**
GLACIER HILLS CU
2150 S MAIN ST
WEST BEND WI 53095

RETURN SERVICE REQUESTED

**MEMBER'S STATEMENT OF ACCOUNT**

Phone: 262-338-1888
CU Talk: 800-448-3548
Email: info@glacierhills.com
www.glacierhills.com

**MEMBER NUMBER**
XXX6 480

**STATEMENT PERIOD**
04/01/2024 - 04/30/2024

JESSICA R GARBADE
PO BOX 444
SUSSEX WI 53089-0444

53089

## GLACIER ONE CHECKING, continued

### Account Activity

| Posted | Description | Amount | Balance |
|---|---|---:|---:|
| | WI Menomonee Fal  TARGET T-0863  US | | |
| 04/09 | DEBIT CARD WITHDRAWAL MCDONALD'S F1773 5814<br>WI SUSSEX     MCDONALD'S F17732 US | -12.11 | 133.15 |
| 04/09 | DEBIT CARD WITHDRAWAL STARBUCKS STORE 5814<br>WI GERMANTOWN    STARBUCKS STORE 026US | -10.33 | 122.82 |
| 04/09 | DEBIT CARD WITHDRAWAL KING'S WOK 5812<br>WI PEWAUKEE     KING'S WOK     US | -25.46 | 97.36 |
| 04/10 | DEBIT CARD WITHDRAWAL STARBUCKS STORE 5814<br>WI SUSSEX     STARBUCKS STORE 109US | -10.28 | 87.08 |
| 04/12 | DEBIT CARD WITHDRAWAL MCDONALD'S F2435 5814<br>WI PEWAUKEE    MCDONALD'S F24362 US | -9.44 | 77.64 |
| 04/12 | DEBIT CARD WITHDRAWAL STARBUCKS 02632 5814<br>WI MENOMONEE FAL  STARBUCKS 02632   US | -11.62 | 66.02 |
| 04/12 | DEBIT CARD WITHDRAWAL STARBUCKS STORE 5814<br>WI GERMANTOWN    STARBUCKS STORE 026US | -2.39 | 63.63 |
| 04/18 | DEBIT CARD WITHDRAWAL SPRINKLES #507 5462<br>IL ORDER.SPRINKL  SPRINKLES #507  US | -33.68 | 29.95 |
| 04/30 | NEW SHARE BALANCE | | 29.95 |

| | TOTAL FOR PERIOD | TOTAL YTD |
|---|---:|---:|
| TOTAL OVERDRAFT FEES | 0.00 | 87.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

FEE ADJUSTMENTS MAY BE REFLECTED IN TOTALS

---------- ******** **2024 YEAR-TO-DATE FINANCIAL SUMMARY** ******** ----------

| DIV/INT PAID | DIV/INT WITHHOLDING | MORTGAGE POINTS | MORTGAGE LATE CHG | MORTGAGE FINANCE CHG | OTHER NON-MTG FINANCE CHG |
|---:|---:|---:|---:|---:|---:|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

02959 7247561 003361 006920 000002/00003 c55107

**GLACIER HILLS**
GLACIER HILLS CU
2150 S MAIN ST
WEST BEND WI 53095

RETURN SERVICE REQUESTED

**MEMBER'S STATEMENT OF ACCOUNT**

Phone: 262-338-1888
CU Talk: 800-445-3948
Email: info@glacierhills.com
www.glacierhills.com

**MEMBER NUMBER**
XXX6 480

**STATEMENT PERIOD**
05/01/2024 – 05/31/2024

>02623 7681658 001 092029 55107
JESSICA R GARBADE
PO BOX 444
SUSSEX WI  53089-0444

53089

Federal law requires us to tell you how we collect, share and protect your personal information. Our privacy policy has not changed and you may review our policy at Glacierhills.com. To request via mail call 262-338-1888.

## ACCOUNT SUMMARY – Balances as of 05/31/2024

Deposit Accounts
| | |
|---|---|
| Savings | 5.00 |
| Secondary Savings | 0.01 |
| Glacier One Checking | 2.31 |

## SAVINGS

### Account Activity

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 05/01 | PREVIOUS BALANCE | | 5.00 |
| 05/31 | NEW SHARE BALANCE | | 5.00 |

## SECONDARY SAVINGS

### Account Activity

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 05/01 | PREVIOUS BALANCE | | 0.01 |
| 05/31 | NEW SHARE BALANCE | | 0.01 |

## GLACIER ONE CHECKING

### Account Activity

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 05/01 | PREVIOUS BALANCE | | 29.95 |
| 05/07 | DEBIT CARD DEPOSIT | 33.68 | 63.63 |
| | IL ORDER.SPRINKL  SPRINKLES #507   US | | |
| 05/08 | DEBIT CARD WITHDRAWAL DD/BR #359935 5814 | -28.60 | 35.03 |
| | WI SUSSEX         DD/BR #359935    US | | |
| 05/08 | DEBIT CARD WITHDRAWAL STARBUCKS STORE 5814 | -13.63 | 21.40 |
| | WI SUSSEX         STARBUCKS STORE 109US | | |
| 05/09 | DEBIT CARD WITHDRAWAL MCDONALD'S F2788 5814 | -6.07 | 15.33 |
| | WI MENOMONEE FAL  MCDONALD'S F27882 US | | |
| 05/09 | DEBIT CARD WITHDRAWAL KWIK TRIP #892 5541 | -3.55 | 11.78 |
| | WI MENOMONEE FAL  KWIK TRIP #892   US | | |
| 05/10 | DEBIT CARD WITHDRAWAL STARBUCKS STORE 5814 | -9.47 | 2.31 |

**GLACIER HILLS**
GLACIER HILLS CU
2150 S MAIN ST
WEST BEND WI 53095

**RETURN SERVICE REQUESTED**

**MEMBER'S STATEMENT OF ACCOUNT**

Phone: 262-338-1888
CU Talk: 800-448-3548
Email: info@glacierhills.com
www.glacierhills.com

**MEMBER NUMBER**
XXX6 480

**STATEMENT PERIOD**
05/01/2024 - 05/31/2024

JESSICA R GARBADE
PO BOX 444
SUSSEX WI 53089-0444

53089

## GLACIER ONE CHECKING, continued

**Account Activity**

| Posted | Description | Amount | Balance |
|---|---|---|---|
| | WI SUSSEX    STARBUCKS STORE 109US | | |
| 05/31 | NEW SHARE BALANCE | | 2.31 |

| | TOTAL FOR PERIOD | TOTAL YTD |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 87.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

FEE ADJUSTMENTS MAY BE REFLECTED IN TOTALS

-------- ******** 2024 YEAR-TO-DATE FINANCIAL SUMMARY ******** --------

| DIV/INT PAID | DIV/INT WITHHOLDING | MORTGAGE POINTS | MORTGAGE LATE CHG | MORTGAGE FINANCE CHG | OTHER NON-MTG FINANCE CHG |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

02523 7561656 003318 005941 0000200003 c55107

**GLACIER HILLS**
GLACIER HILLS CU
2150 S MAIN ST
WEST BEND WI 53095

RETURN SERVICE REQUESTED

**MEMBER'S STATEMENT OF ACCOUNT**

Phone: 262-338-1888
CU Talk: 800-448-3943
Email: info@glacierhills.com
www.glacierhills.com

**MEMBER NUMBER**
XXX6 480

**STATEMENT PERIOD**
06/01/2024 - 06/30/2024

>03852 3097232 001 092029 55107
JESSICA R GARBADE
PO BOX 444
SUSSEX WI 53089-0444

53089

Federal law requires us to tell you how we collect, share and protect your personal information. Our privacy policy has not changed and you may review our policy at Glacierhills.com. To request via mail call 262-338-1888.

## ACCOUNT SUMMARY - Balances as of 06/30/2024

Deposit Accounts
Savings                    5.00
Secondary Savings          0.01
Glacier One Checking       2.31

## SAVINGS

**Account Activity**

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 06/01 | PREVIOUS BALANCE | | 5.00 |
| 06/30 | NEW SHARE BALANCE | | 5.00 |

## SECONDARY SAVINGS

**Account Activity**

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 06/01 | PREVIOUS BALANCE | | 0.01 |
| 06/30 | NEW SHARE BALANCE | | 0.01 |

## GLACIER ONE CHECKING

**Account Activity**

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 06/01 | PREVIOUS BALANCE | | 2.31 |
| 06/30 | NEW SHARE BALANCE | | 2.31 |

| | TOTAL FOR PERIOD | TOTAL YTD |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 87.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

FEE ADJUSTMENTS MAY BE REFLECTED IN TOTALS

03852 3097232 004573 006424 00001/00003 c55107

**GLACIER HILLS**
GLACIER HILLS CU
2150 S MAIN ST
WEST BEND WI 53095

**RETURN SERVICE REQUESTED**

**MEMBER'S STATEMENT OF ACCOUNT**

Phone: 262-338-1888
CU Talk: 800-448-3548
Email: info@glacierhills.com
www.glacierhills.com

**MEMBER NUMBER**
XXX6 480

**STATEMENT PERIOD**
06/01/2024 – 06/30/2024

JESSICA R GARBADE
PO BOX 444
SUSSEX WI 53089-0444

53089

---

## ******** 2024 YEAR-TO-DATE FINANCIAL SUMMARY ********

| DIV/INT PAID | DIV/INT WITHHOLDING | MORTGAGE POINTS | MORTGAGE LATE CHG | MORTGAGE FINANCE CHG | OTHER NON-MTG FINANCE CHG |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

03852 3097222 004574 008426 00002/00003 c55107

**GLACIER HILLS**
GLACIER HILLS CU
2150 S MAIN ST
WEST BEND WI 53095

RETURN SERVICE REQUESTED

**MEMBER'S STATEMENT OF ACCOUNT**

Phone: 262-338-1888
CU Talk: 800-448-3948
Email: info@glacierhills.com
www.glacierhills.com

**MEMBER NUMBER**
XXX6 480

**STATEMENT PERIOD**
07/01/2024 - 07/31/2024

>02610 3522955 001 092029 55107
JESSICA R GARBADE
PO BOX 444
SUSSEX WI 53089-0444

53089

Federal law requires us to tell you how we collect, share and protect your personal information. Our privacy policy has not changed and you may review our policy at Glacierhills.com. To request via mail call 262-338-1888.

## ACCOUNT SUMMARY - Balances as of 07/31/2024

Deposit Accounts
| | |
|---|---|
| Savings | 5.00 |
| Secondary Savings | 0.01 |
| Glacier One Checking | 2.31 |

## SAVINGS

**Account Activity**

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 07/01 | PREVIOUS BALANCE | | 5.00 |
| 07/31 | NEW SHARE BALANCE | | 5.00 |

## SECONDARY SAVINGS

**Account Activity**

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 07/01 | PREVIOUS BALANCE | | 0.01 |
| 07/31 | NEW SHARE BALANCE | | 0.01 |

## GLACIER ONE CHECKING

**Account Activity**

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 07/01 | PREVIOUS BALANCE | | 2.31 |
| 07/31 | NEW SHARE BALANCE | | 2.31 |

| | TOTAL FOR PERIOD | TOTAL YTD |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 87.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

FEE ADJUSTMENTS MAY BE REFLECTED IN TOTALS

02610 3522955 003286 005895 00001/00003 c55107

**GLACIER HILLS**
GLACIER HILLS CU
2150 S MAIN ST
WEST BEND WI 53095

**RETURN SERVICE REQUESTED**

**MEMBER'S STATEMENT OF ACCOUNT**

Phone: 262-338-1888
CU Talk: 800-448-3948
Email: info@glacierhills.com
www.glacierhills.com

**MEMBER NUMBER**
XXX6 480

**STATEMENT PERIOD**
07/01/2024 - 07/31/2024

JESSICA R GARBADE
PO BOX 444
SUSSEX WI 53089-0444

53089

---

## ******** 2024 YEAR-TO-DATE FINANCIAL SUMMARY ********

| DIV/INT PAID | DIV/INT WITHHOLDING | MORTGAGE POINTS | MORTGAGE LATE CHG | MORTGAGE FINANCE CHG | OTHER NON-MTG FINANCE CHG |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

62510 2522955 953287 005897 00002/00003 e55107