UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Jessica Rose Garbade

Case No. 24-25919-kmp

Chapter: 7 bankruptcy

Debtor.

Enter Order Title here
Motion to Reconsider

Enter Order Text here:
I am asking the court to reconsider the waiver of fees application in my case. I uploaded and filed with the court proof of being below the poverty limit. I cannot pay the waver of fees in installments as my household has a zero income. I struggle with day-to-day living because of the financial situation that I am in. I am on food stamps and receive medical assistance from the government. I go to the food pantry to get all supplies needed for my household. I have one bank account as my other bank account was closed by the Financial institution due to consistently bouncing. I am filing for bankruptcy because I cannot pay my credit card debt because I have no income. Please reconsider my application for waiver of fees. Initially when I filed the fee waiver form, I did not include any of my financial or hardship paperwork and I am hoping now that I did, you will reconsider the waiver of fees application.
I have financial hardship that leaves me with insufficient funds to cover even basic living costs, making it impossible to afford the additional bankruptcy payments. I have an overwhelming amount of debt I already manage and even a small bankruptcy payment would put me further into financial distress. I have had a stroke and have multiple sclerosis which prevent me from working. Again, please reconsider my motion for the waiver of fees.

*[signature]*  12/11/2024

#####