United States Bankruptcy Court

Eastern District of Wisconsin

| | |
|---|---|
| In re: | Case No. 24-25919-kmp |
| Jessica Rose Garbade | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0757-2 | User: adkt | Page 1 of 1 |
| Date Rcvd: Dec 16, 2024 | Form ID: pdfhrg | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: jessicargarbade@gmail.com | Dec 17 2024 00:02:00 | Jessica Rose Garbade, PO Box 444, Sussex, WI 53089-0444 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Titania D. Whitten | trustee@whittenlawoffices.com WI50@ecfcbis.com |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  
Jessica Rose Garbade,  
        Debtor.

Chapter 7  
Case No. 24-25919-kmp

### NOTICE OF HEARING ON MOTION TO RECONSIDER THE ORDER DENYING THE APPLICATION TO HAVE THE FILING FEE WAIVED

    PLEASE TAKE NOTICE that a hearing will be held before Katherine M. Perhach, United States Bankruptcy Judge, on **January 7, 2025, at 12:00 p.m.**, in the United States Courthouse, Room 167, 517 East Wisconsin Avenue, Milwaukee, WI 53202 to consider the Debtor's Motion to Reconsider the Order Denying the Application to Have the Filing Fee Waived. **The Debtor must appear at this hearing in person.**

    PLEASE TAKE FURTHER NOTICE that should any party have a conflict with the scheduled date and time for the hearing, that party should contact the Court (414−290−2660), with the other interested parties on the line, to reschedule the hearing to a mutually agreeable date and time.

Dated: December 16, 2024

*Katherine M. Perhach*  
Katherine Maloney Perhach  
United States Bankruptcy Judge